DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY EDWARD CLANTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0104

[June 24, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 562022CF000556AXXXXX.

Daniel Eisinger, Public Defender, and Summer Ivy Hill, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Briana Paige Reed, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.  See Guzman v. State*, 350 So. 3d 72 (Fla. 4th DCA 2022).

KLINGENSMITH, SHAW and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***